UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.09-10160

RONALD MIELCAREK,

       Petitioner,

-V-

CAROL HOWES,

       Respondent.
_____/

### ORDER OF DISMISSAL

At a session of said Court held in the
United States Courthouse,in the City of
Detroit, State of Michigan, on September 21, 2009.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a letter from Petitioner requesting dismissal; therefore

IT IS ORDERED that the above-entitled case be, and hereby is

DISMISSED.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: September 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2009, by electronic and/or ordinary mail.(Ronald Mielcarek, #570582, 141 First St. Coldwater, MI. 49036)

       s/Marilyn Orem
       Case Manager